MARCH 23, 1965.

No. 549, Misc. CORLEY v. NEW YORK. Ct. App. N. Y. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

MARCH 29, 1965.

No. 291. MINNESOTA MINING & MANUFACTURING Co. v. NEW JERSEY WOOD FINISHING Co. C. A. 3d Cir. (Certiorari granted, 379 U. S. 877.) Motion of respondent to advance granted and case set for argument during week of April 26. *Albert G. Besser* on the motion. *Sidney P. Howell, Jr.,* for petitioner.

No. 292. ATLANTIC REFINING Co. v. FEDERAL TRADE COMMISSION. C. A. 7th Cir. (Certiorari granted, 379 U. S. 943.) Motion of Automotive Service Industry Association for leave to file brief, as *amicus curiae,* granted. *Harold T. Halfpenny* and *Mary M. Shaw* on the motion. *Frederic L. Ballard, Jr.,* and *Charles I. Thompson, Jr.,* for petitioner, in opposition.

No. 355. SUSSER ET AL. v. CARVEL CORP. ET AL. C. A. 2d Cir. (Certiorari granted, 379 U. S. 885.) Rule to show cause (*ante,* p. 939) discharged. Case returned to argument calendar and set for argument on Thursday, April 29, 1965.

No. 496. GRISWOLD ET AL. v. CONNECTICUT. Appeal from Sup. Ct. Err. Conn. (Probable jurisdiction noted, 379 U. S. 926.) Motion of American Civil Liberties Union et al. for leave to file brief, as *amici curiae,* granted. *Melvin L. Wulf* and *Jerome E. Caplan* on the motion.